**BRITISH STEEL CORPORATION, et al., Plaintiffs,**

v.

**UNITED STATES, et al., Defendants,**

**Allegheny Ludlum Steel Corporation, et al., Defendants-Intervenors.**

**Court No. 83-7-01032.**

United States Court of International Trade.

May 4, 1987.

### MEMORANDUM AND ORDER

NEWMAN, Senior Judge:

In this action, plaintiffs appealed (CAFC App. No. 87-1050) from an order of this court entered on October 17, 1986 denying plaintiffs' application for a preliminary injunction seeking to enjoin the government

from liquidating certain entries of stainless steel plates from the United Kingdom pending an administrative review of the period. *British Steel Corporation v. United States,* 12 CIT ——, 647 F.Supp. 928 (1986). The government moved to dismiss the appeal on the ground of mootness. The decision of the Federal Circuit discloses that "[t]he government has now begun an administrative review and has suspended liquidation of entries for the period." Slip Op. at 2.

In the Federal Circuit, plaintiffs urged, *inter alia,* that the appellate court in dismissing the action, should direct this court to vacate its order of October 17, 1986, citing *United States v. Munsingwear,* 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950). In opposition, the government contended *Munsingwear* holds that the "judgment" or "order" below should be vacated, *but not the entire opinion.*

In its order dismissing the appeal as moot, the Federal Circuit, citing *Munsingwear,* observed that "the purpose of vacating the judgment or order is to avoid the hardship of *res judicata.* In accordance with the purpose thereof, *that portion of the Court of International Trade's opinion* that denied British Steel's application for a preliminary injunction will be vacated." Slip Op. at 3 (emphasis added.) The Federal Circuit, therefore, ordered:

(2) The Court of International Trade is directed to vacate *that part of its decision* which denied British Steel's application for preliminary injunction. (Emphasis added.)

Following the foregoing directive of the Federal Circuit, it is hereby ORDERED:

---

That portion of this court's decision of October 17, 1986 that denied plaintiffs' application for preliminary injunction is vacated.